W. F. Wayne, administrator of the estate of Orrin W. Black, deceased, appellee, v. S. L. Wilcoxson, appellant, and Paul Dupee, defendant.

Opinion filed September 18, 1933.

Gillespie, Burke & Gillespie and Warnock, Williamson & Burroughs, for appellant. D. H. Mudge, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

Martin H. Bultman, plaintiff in error, v. Albert Miller, defendant in error.

Opinion filed September 18, 1933.

Pope & Driemeyer, for plaintiff in error. Louis E. Miller and Philip G. Listeman, for defendant in error.

Mr. Justice Stone delivered the opinion of the court.

Electrolux, Inc., appellant, v. Edward J. Hughes, appellee.

Opinion filed September 18, 1933.

Charles H. Luecking and W. J. Chapman, for appellant. John B. Harris, for appellee.

Mr. Justice Stone delivered the opinion of the court.